ACCEPTED
03-15-00348-CV
6201981
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/23/2015 4:06:14 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00348-CV

_____

**IN THE COURT OF APPEALS**

**THIRD JUDICIAL DISTRICT OF TEXAS**

**AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/23/2015 4:06:14 PM
JEFFREY D. KYLE
Clerk

_____

**TODD ENRIGHT,**
*Appellant,*

**v.**

**ASCLEPIUS PANACEA, LLC; ASCLEPIUS PANACEA GP, LLC; DAILY PHARMACY, LLC; DAILY PHARMACY GP, LLC; AND TOTH ENTERPRISES II, P.A. D/B/A VICTORY MEDICAL CENTER,**
*Appellees.*

---

### UNOPPOSED MOTION FOR EXTENSION
### OF TIME TO FILE APPELLEES' BRIEF

---

TO THE HONORABLE COURT OF APPEALS:

Appellees Asclepius Panacea, LLC, Asclepius Panacea GP, LLC, Daily Pharmacy, LLC, Daily Pharmacy GP, LLC, and Toth Enterprises II, P.A., d/b/a Victory Medical Center ("Appellees") move this Court to grant an extension of time to file their Appellees' Brief, and respectfully state:

1.      Appellees' Brief is due to be filed with this Court on Monday, August 10, 2015.

1

2. Appellees seek to extend their deadline for fourteen (14) days, until August 24, 2015.

3. Appellees' attorneys have numerous impending deadlines and commitments in other cases that have interfered with their ability to prepare an adequate Brief by the current deadline in this case. Therefore, Appellees seek this extension of their briefing deadline in order to ensure that their counsel has the opportunity to properly research and brief the issues to be included in Appellees' Brief.

4. Counsel for Appellees has conferred with counsel for Appellant, and they do not oppose this Motion to Extend Time.

5. This is the first extension of time Appellees have sought in this appeal.

WHEREFORE, PREMISES CONSIDERED, Appellees respectfully request that this Court grant this Motion for Extension of Time to File Appellees' Brief and extend Appellees' brief deadline to Monday, August 24, 2015. Appellees further pray for any other relief to which they may be justly entitled.

Respectfully submitted,

TAUBE SUMMERS HARRISON TAYLOR MEINZER BROWN LLP
100 Congress Avenue, 18th Floor
Austin, Texas 78701
Telephone:  512/472-5997
Telecopier: 512/472-5248


By: */s/ Paul Matula*
      Eric J. Taube
      State Bar No. 19679350
      Paul Matula
      State Bar No. 13234354
      Rola Daaboul
      State Bar No. 24068473
      etaube@taubesummers.com
      pmatula@taubesummers.com
      rdaaboul@taubesummers.com

ATTORNEYS FOR APPELLEES


## CERTIFICATE OF CONFERENCE

Rola Daaboul, counsel for Appellees and an associate with my firm, conferred with Jonah Jackson, counsel for Appellant, via email on July 22, 2015, who stated that he was not opposed to a fourteen (14) day extension of time for the filing of Appellee's Brief.


*/s/ Paul Matula*
Paul Matula

3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 23rd day of July 2015, a true and correct copy of this Unopposed Motion for Extension of Time to File Appellees' Brief was served on the following attorneys in accordance with the requirements of the Texas Rules of Appellate Procedure via electronic filing or email.

Jonah Davis Jackson
Jennifer B. Poppe
Vinson & Elkins, LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7588
jpoppe@velaw.com
jjackson@velaw.com

Thomas S. Leatherbury
Vinson & Elkins, LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
tleatherbury@velaw.com

*/s/ Paul Matula*
Paul Matula